UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
BOARD OF TRUSTEES OF 1199/SEIU GREATER
NEW YORK BENEFIT FUND and BOARD OF
TRUSTEES OF 1199/SEIU GREATER NEW YORK
EDUCATION FUND,

**PROPOSED JUDGMENT BY DEFAULT**

Civil Action No. 1:20-cv-06944 (GBD)

Plaintiffs,

-against-

TEANECK NURSING CENTER,

Defendant.
----------------------------------------------------------------------X

Defendant Teaneck Nursing Center having been duly served with the summons and complaint on September 10, 2020 and having failed to appear, plead or otherwise defend the action, and default having been entered on October 26, 2020 and counsel for Plaintiffs having requested judgment against the defaulted Defendant and having filed a proper application for same;

JUDGMENT is hereby entered in favor of Plaintiffs Board of Trustees of 1199/SEIU Greater New York Benefit Fund and Board of Trustees of 1199/SEIU Greater New York Education Fund and against Defendant Teaneck Nursing Center as follows:

a) in the amount of $29,220.04 to the 1199/SEIU Greater New York Benefit Fund, representing delinquent contributions in the amount of $13,046.76, interest on the delinquent contributions in the amount of $7,836.64, and additional interest in the amount of $7,836.64, and $500.00 as audit costs;

b) in the amount of $6,033.28 to the 1199/SEIU Greater New York Education Fund, representing delinquent contributions in the amount of $3,352.54, interest on the delinquent contributions in the amount of $1,340.37, and additional interest in the amount of $1,340.37;

    c)    in the amount of $7,252.75 to the Greater New York Benefit Fund as attorney's fees and costs; plus,

    e)    post-judgment interest at the legal rate until the judgment is satisfied.

SO ORDERED:

Dated: __SEP 1 3 2021__
       New York, New York

                                   */s/ George B. Daniels*
                              HON. GEORGE B. DANIELS, U.S.D.J.